PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ebony Roche McGill                                Docket No. 5:15-CR-326-2BO

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ebony Roche McGill, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 23rd day of November, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being supervised by Sr. U.S. Probation Officer Evey B. Wooten, Middle District of North Carolina. On January 6, 2016, the defendant admitted to using marijuana on two occasions since being placed on pretrial supervision.

**PRAYING THAT THE COURT WILL ORDER**

As a result of the defendant's non-compliance, Sr. USPO Wooten is recommending that she be allowed to participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer. The defendant signed an order agreeing to this condition. Additionally, the defendant will be subjected to increased urine testing to continue monitoring her compliance to her release conditions. Any further non-compliance will be reported back to the court.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Maurice J. Foy |
| Jeffrey L. Keller | Maurice J. Foy |
| Supervising U.S. Probation Officer | Sr. U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610, |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8678 |
| | Executed On: January 11, 2016 |

### ORDER OF THE COURT

Considered and ordered the __11th__ day of __January__, 2016, and ordered filed and made part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge