# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ebony Roche McGill                                    Docket No. 5:15-CR-326-2BO

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ebony Roche McGill, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 23rd day of November, 2015.

On January 11, 2016, the court was notified that on January 6, 2016, the defendant admitted to using marijuana on two occasions since being placed on pretrial supervision. She also tested positive for Marijuana on December 21, 2015. Her supervising officer, Senior U.S. Probation Officer Evey B. Wooten, Middle District of North Carolina, recommended that the defendant be allowed to participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer along with increased urine testing to continue monitoring her compliance to her release conditions. The court concurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 20, 2016, the defendant submitted a drug screen which returned positive for marijuana.

**PRAYING THAT THE COURT WILL ORDER**

The supervising officer in the Middle District of North Carolina recommends that no further action be taken at this time. A plan for addressing the substance use (substance abuse treatment, increased urine testing, self-help groups) has been put in place. Any further non-compliance will be reported back to the court. This office concurs with the recommendation provided by the supervising officer.

Reviewed and approved,                                    I declare under penalty of perjury that the foregoing
                                                          is true and correct.

/s/Jeffrey L. Keller                                      /s/Maurice J. Foy
Jeffrey L. Keller                                         Maurice J. Foy
Supervising U.S. Probation Officer                        Sr. U.S. Probation Officer
                                                          310 New Bern Avenue, Room 610,
                                                          Raleigh, NC 27601-1441
                                                          Phone: 919-861-8678
                                                          Executed On: March, 7, 2016

Ebony Roche McGill
Docket No. 5:15-CR-326-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered on March 9, 2016. It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge