UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. EBONY ROCHE MCGILL**            Docket No. 5:15-CR-326-2BO

### Petition for Action on Probation

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of EBONY ROCHE MCGILL, who, upon an earlier plea of guilty to Possession With Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting, 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 18, 2016, to 48 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being supervised by Senior U.S. Probation Officer Evey Wooten, Middle District of North Carolina. Ms. McGill tested positive on her first drug test immediately after being sentenced to a 48 month term of probation. As a result, Officer Wooten, has requested that a drug testing and treatment condition be added to deter any further illegal drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages. Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/Maurice J. Foy
Maurice J. Foy
Sr. U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: October 21, 2016

### ORDER OF THE COURT

Considered and ordered this ___21___ day of ___October___, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge